JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 311 -- IN RE SOUTHERN RAILWAY EMPLOYMENT PRACTICES LITIGATION

| Date | No. Code | |
|---|---|---|
| 6/30/77 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, EXHIBITS A,B,C,D,&E, -- PLAINTIFFS JAMES L. STALLWORTH, ET AL. -- for transfer of A-1 for coordinated or consolidated pretrial proceedings |
| | | SUGGESTED TRANSFEREE DISTRICT: Southern District of Ohio |
| | | SUGGESTED TRANSFEREE JUDGE: |
| | | Certificate of Service Filed (Clerks and Counsel) |
| 7/11/77 | | APPEARANCES -- Jack Greenberg, Esquire for JAMES L. STALLWORTH, ET AL. |
| | | Alan C. Rosser, Esquire for MZELL WILLIAMS, ETC. |
| | | Jeffrey S. Berlin, Esquire for SOUTHERN RAILWAY SYSTEM, SOUTHERN RAILWAY CO., THE CINCINNATI, NEW ORLEANS AND TEXAS PACIFIC RAILWAY CO. |
| | | Leonard D. Slutz, Esquire for UNITED TRANSPORTATION UNION, UNITED TRANSPORTATION UNION LOCAL 1190 |
| | | Harold A. Ross, Esquire for BROTHERHOOD OF LOCOMOTIVE ENGINEERS, BROTHERHOOD OF LOCOMOTIVE ENGINEERS, LOCAL 199 |
| 7/14/77 | | REQUEST FOR EXTENSION OF TIME -- Southern Railway Systems, Southern Railway Co., Cincinnati, New Orleans and Texas Pacific Railway Co. by Jeffrey S. Berlin and United Transportation Union, and Locals 1190, 573 and 388 by Leonard D. Slutz |
| | | EXTENSION OF TIME GRANTED to July 29, 1977 to all parties. |
| 7/15/77 | 2 | RESPONSE TO MOTION FOR TRANSFER -- Brotherhood of Locomotive Engineers and Local 199, with cert. of service |
| 7/18/77 | 3 | RESPONSE TO MOTION FOR TRANSFER -- Mzell Williams, w/cert. of service |
| 7/29/77 | 4 | OPPOSITION TO MOTION FOR TRANSFER, BRIEF -- DEFENDANTS Southern Railway System, et al. w/cert. of service. |
| 8/1/77 | 5 | OPPOSITION TO MOTION FOR TRANSFER -- Defendants United Transportation Union and United Transportation Union Locals 1190, 573 & 388 w/cert. of svc. |
| 8/26/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing, September 30, 1977 Boston, Massachusetts. |
| 9/20/77 | | LETTER from EEOC to Goldstein dated 9/12/77, LETTERS from S. L. Whitehead; George Whitehead; Stallworth; and Hunn all dated 9/6/77 -- Plaintiffs Stallworth, et al. |
| 9/26/77 | | WAIVER OF ORAL ARGUMENT FOR SEP. 30, 1977 HEARING -- EEOC, Brotherhood of Locomotive Engineers and Local 199, Brotherhood of Locomotive Engineer |
| 9/29/77 | 6 | MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION FOR TRANSFER -- Defendants Southern Railway System, et al. w/cert. of service. |
| ~~XX/XX/XX~~ | | ~~WAIVER OF XXSS~~ |
| 9/29/99 | | WAIVER OF ORAL ARGUMENT -- UNITED TRANSPORTATION UNION for Sep. 30, 1977 Hearing |

JPML FORM 1A - Continuation         DOCKET ENTRIES -- p. _____

DOCKET NO. _____--_____

| Date | No. Code | |
|---|---|---|
| 12/1/77 | | OPINION AND ORDER -- Denying Consolidation of litigation (emh) |

DOCKET NO. 311 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SOUTHERN RAILWAY EMPLOYMENT PRACTICES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  9/30/77

Consolidation Ordered _____    Consolidation Denied  12/1/77

Opinion and/or Order  12/1/77

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James E. Stallworth, et al. v. Southern Railway System, et al. | E.D.KY Moynahan | 76-180 | | | | 12/1/77 (denied) |
| A-2 | Mzell Williams v. Southern Railway Systems, et al. | S.D.Ohio West Div. Hogan | C 1 74-442 | | | | 12/1/77 (denied) |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 311 -- IN RE SOUTHERN RAILWAY EMPLOYMENT PRACTICES LITIGATION

---

JAMES L. STALLWORTH, ET AL. (A-1)
Jack Greenberg, Esquire
Patrick O. Patterson, Esquire
10 Columbus Circle
New York, New York  10019


MZELL WILLIAMS, ETC. (A-2)
Alan C. Rosser, Esquire
Strauss, Troy and
Ruehlmann Co., L.P.A.
1800 First National
  Bank Bldg.
Cincinnati, OH  45202

SOUTHERN RAILWAY SYSTEM
SOUTHERN RAILWAY CO.
THE CINCINNATI, NEW ORLEANS
 AND TEXAS PACIFIC RAILWAY CO.
Jeffrey S. Berlin, Esquire
Covington & Burling
888 Sixteenth St., N.W.
Washington, D.C.  20006


UNITED TRANSPORTATION UNION
UNITED TRANSPORTATION UNION
  LOCAL 1190
Leonard D. Slutz, Esquire
900 Tri-State Bldg.
Cincinnati, OH  45202

BROTHERHOOD OF LOCOMOTIVE ENGINEERS
BROTHERHOOD OF LOCOMOTIVE ENGINEERS,
  LOCAL 199
Harold A. Ross, Esquire
1548 Standard Bldg.
Cleveland, OH  44113

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Plaintiff-Intervenor (A-2)
James R. Neely, Jr., Esquire
Equal Employment Opportunity
Commission
Chicago Regional Office of
General Counsel
55 E. Jackson Blvd, Room 1401
Chicago, Illinois  60604

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 311 -- IN RE SOUTHERN RAILWAY EMPLOYMENT PRACTICES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Southern Raiway System | A-1; A-2; |
| Southern Railway Co. | A-1; A-2; |
| Cincinnati, New Orleans & Texas Pacific Railway Co. | A-1; A-2; |
| United Transportation Union Local 573 | A-1; |
| United Transportation Union | A-1; A-2; |
| United Transportation Union Local 388 | A-1; |
| United Transportation Union Engineering | A-1; |
| Brotherhood of Locomotive Engineers, Local 199 | A-1; |
| Brotherhood of Locomotive Engineers | A-1; |
| United Transportation Union Local 1190 | A-2; |
| | |